**CIVIL COVER SHEET ATTACHMENT**

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D. Del. | 10/28/2019 | Stormborn Technologies LLC v. CalAmp Corp. | 1:19-cv-02037-MN |
| D. Del. | 10/28/2019 | Stormborn Technologies LLC v. GE MDS, LLC | 1:19-cv-02038-MN |
| D. Del. | 10/28/2019 | Stormborn Technologies LLC v. Leica Geosystems, Inc. | 1:19-cv-02039-MN |
| D. Del. | 10/28/2019 | Stormborn Technologies LLC v. Trimble, Inc. | 1:19-cv-02040-MN |
| D. Del. | 10/28/2019 | Stormborn Technologies LLC v. U.S. Robotics Corporation | 1:19-cv-02041-MN |
| D. Del. | 11/17/2019 | Stormborn Technologies LLC v. Sonim Technologies, Inc. | 1:19-cv-02150-MN |
| D. Del. | 11/25/2019 | Stormborn Technologies LLC v. Sierra Wireless America, Inc. | 1:19-cv-02198-MN |
| D. Del. | 04/21/2020 | Stormborn Technologies LLC v. NEXGO, Inc. | 1:20-cv-00529-MN |
| D. Del. | | Stormborn Technologies LLC v. Lantronix, Inc. | Being filed concurrently |
| D. Del. | | Stormborn Technologies LLC v. ORBCOMM Inc. | Being filed concurrently |