## UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STORMBORN TECHNOLOGIES LLC,**<br><br>           Plaintiff,<br>  v.<br><br>**ORBCOMM INC.,**<br><br>           Defendant. | **C.A. No. 1:20-cv-00691-MN** |
| **STORMBORN TECHNOLOGIES LLC,**<br><br>           Plaintiff,<br>  v.<br><br>**LANTRONIX, INC.,**<br><br>           Defendant. | **C.A. No. 1:20-cv-00692-MN** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Howard L. Wernow of the law firm of Sand, Sebolt & Wernow Co., LPA in Canton, Ohio 44718 to represent Stormborn Technologies, LLC in these matters.

Dated: June 10, 2020                    Respectfully submitted,

                                        CHONG LAW FIRM PA

                                        /s/ *Jimmy Chong*
                                        Jimmy Chong (#4839)
                                        2961 Centerville Road, Suite 350
                                        Wilmington, DE 19808
                                        Telephone: (302) 999-9480
                                        Facsimile: (877) 796-4627
                                        Email: chong@chonglawfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Howard L. Wernow of the law firm Sand, Sebolt & Wernow Co., LPA is granted.

Dated: _____

_____
United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

Dated: June 10, 2020            */s/ Howard L. Wernow*
                                Howard L. Wernow (OH Bar No. 0089019)
                                SAND, SEBOLT & WERNOW CO., LPA
                                Aegis Tower - Suite 1100
                                4940 Munson Street, N. W.
                                Canton, OH 44718
                                Telephone: (330) 244-1174
                                Facsimile: (330) 244-1173
                                howard.wernow@sswip.com